1  Susan D. Silveira, Esq.#169630
   Silveira Law Offices
2  1177 Branham Lane #420 (mail only)
   San Jose, California 95118
3  Telephone: (408) 265-3482
   Facsimile: (408) 265-7479
4  silveiralaw@earthlink.net

The following constitutes the
Order of the Court, Signed 8/31 2010

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

5  Attorney for Debtors
   John and Michelle Sarinana

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In Re:                                )   Case No. 09-51357 ASW
                                      )
JOHN SARINANA                         )   Chapter 13
                                      )
MICHELLE SARINANA                     )
            Debtors.                  )   ADVERSARY NO.  09-5145 ASW
_____)
                                      )
WELLS FARGO CARD SERVICES             )
            Plaintiff,                )
vs.                                   )
                                      )   DATE:   September 3, 2010
JOHN SARINANA and         ,           )   TIME:   3:15 pm
MICHELLE SARINANA                     )   PLACE:  Telephonic
                                      )
                                      )
            Defendants.               )
_____)

**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Based on the parties stipulation, the case management conference in this case now scheduled for September 3, 2010 at 3:15 pm is continued to October 29, 2010 at 3:15 pm. Updated cmc statements shall be filed seven days prior to the continued hearing.

**END OF ORDER**

COURT SERVICE LIST

1

2  Susan D. Silveira
   Silveira Law Offices
3  1177 Branham Lane #420
   San Jose, CA 95118-3766
4
   Austin P. Nagel
5  Law Offices of Austin P. Nagel
   111 Deerwood Rd., Ste 388
6  San Ramon, CA 94583

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28